No. 857. H. E. KIRCHNER *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. W. Vandervort* for petitioner. *Mr. John Lord O'Brian* and *Mr. Alfred Bettman* for the United States.

---

No. 863. PENNSYLVANIA RAILROAD COMPANY *v.* KITTANING IRON & STEEL MANUFACTURING COMPANY. March 10, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania granted. *Mr. F. D. McKenney, Mr. J. S. Flannery* and *Mr. Henry Wolf Biklé* for petitioner. No appearance for respondent.

---

No. 819. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY ET AL. *v.* DES MOINES UNION RAILWAY COMPANY ET AL. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. James L. Minnis, Mr. Burton Hanson* and *Mr. John C. Cook* for petitioners. *Mr. F. W. Lehmann* for respondents.

---

No. 820. DES MOINES UNION RAILWAY COMPANY ET AL. *v.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY ET AL. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. F. W. Lehmann* for petitioners. *Mr. James L. Minnis, Mr. Burton Hanson* and *Mr. John C. Cook* for respondents.

---

No. 889. STEPHEN H. P. PELL ET AL. *v.* W. GORDON McCABE, JR., ET AL. March 17, 1919. Petition for a